No. 15-25-00063-CV

| | | |
|---|---|---|
| JAMES BRICKLEY,, Appellant, | § § § § § | IN THE FIFTEENTH COURT OF APPEALS AUSTIN, TEXAS |
| v. | | |
| CODI MITCHELL, Appellee. | | |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUN 03 2025

CHRISTOPHER A. PRINE
CLERK

## APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

Appellant asks the Court to extend time to file his brief.

### A. INTRODUCTION

1. Appellant is James Brickley; appellee is Ms. Codi Mitchell.

2. There is no specific deadline to file this motion to extend time. See Tex.R.App.P. 38.6(d).

### ARGUMENT & AUTHORITIES

3. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

4. Appellant's brief was due thirty days after the Court recieved the reporter's record. According to the notice by this Court that was May 19th,2025. However, appellant has not recieved the reporter's record, although the fees were paid; and the incoming and outgoing mail has been extremly slow. It is presumed to be due to the fact that appellee is in control of the mail. Where normal mail would usually take five days to clear, it now takes over a week. Here, appellant recieved the Court's notice nine days after it was post dated on May 29th. Being that as it may, appellant moves for a preemtive motion to extend in this matter to ensure he has the opportunity to timely submit his brief.

5. No requests for an extention of time to file the brief have been requested.

1

6. Appellant respectfully requests an additional 30 days to submit his brief, due to the extraordinary circumstances present.

   a. Appellant is an inmate;

   b. Appellee is the mail room supervisor in control of passing out mail;

   c. Appellant has had previous problems with mail being sent out and timely recieved; and

   d. Appellant must send his legal mail out through an agent to ensure the oppossing party recieves the copy of the legal mail certified return reciept requested, to avoid any more allegations of impropriety or lack of service, which is the basis of this suit.

   The circumstances above need not be submitted with an affidavit because the facts are uncontested and previously sworn to in original petition.

7. Appellant would also request this Court to recognize the Inmate Mailbox Rule.

## CONCLUSION

This Court has put both parties on notice of the deadline to file thier briefs, which is soon to be here on June 18,2025; however, Brickley has not yet recieved the records after payment was made to the court reporter, atleast ten days after this Court has recieved them. Due to the extraordinary circumstances listed above, appellant respectfully requests an additional 30 days to submit his brief which would extend the deadline to July 18,2025. This motion is not meant to delay or harm the opposing party, but only intended to ensure fairness in the proceeding.

2

Respectfully submitted,

_29May2025_

JAMES BRICKLEY
APPELLANT PRO SE
3201 FM 929
GATESVILLE, TEXAS 76597


## CERTIFICATE OF SERVICE

I, James Brickley, hereby certify that a true and correct copy was sent to my agent with express instructions to forward to the attorney representing the appellee at the address listed below. Executed on this the 29th day of May, 2025.


· JACOBI I. PONS
ASST. ATTORNEY GENERAL
LAW ENFORCMENT DEFENSE DIV.
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548, CAPITOL STATION
AUSTIN, TEXAS 78711

_29May2025_

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

3